**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES | PLAINTIFF |
| v.     No. 4:09CV00483 JLH | |
| ONE 2001 LINCOLN LS,<br>VIN 1LHM87A01Y649879 and<br>ONE 1997 CADILLAC CATERA<br>VIN W06VR52RXVR916967 | DEFENDANTS |
| JESSICA WALKER | CLAIMANT |

**ORDER**

Without objection, Jessica Walker's motion to extend the motions deadline is GRANTED. Document #16. The motions deadline is hereby extended up to and including April 14, 2010.

IT IS SO ORDERED this 31st day of March, 2010.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE