IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                      No. 4:09CV00483 JLH

LINCOLN LS 2001 VIN #1LNHM87A01Y649879, *et al.*
    Defendant.

ORDER OF DISMISSAL

On this day the Court has taken into consideration and ruled on the Motion to Dismiss herein filed by the United States of America. The Court finds that the parties have reached a settlement agreement as to the vehicle seized by the government.

IT IS THEREFORE ORDERED that this case be dismissed.

DATED: August 4, 2010

_____
UNITED STATES DISTRICT JUDGE